USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    CITYSIDE ARCHIVES, LTD.,

                         Plaintiff,

            -v-

    BARBARA J. WEISS, as personal representative
    of the Estate of Melvyn I. Weiss, and JOHN
    DOES NO. 1-4, as personal representatives of
    the Estate of Melvyn I. Weiss,

                        Defendant.
-------------------------------------------------------------
BARBARA J. WEISS, as personal representative
of the Estate of Melvyn I. Weiss,

                        Third-Party Plaintiff,

            -v-

MILBERG LLP, MILBERG TADLER
PHILLIPS GROSSMAN LLP, ARIANA J.
TADLER, PEGGY J. WEDGWORTH, R.
GLENN PHILLIPS, and MARC D.
GROSSMAN,

                        Third-Party Defendants.
------------------------------------------------------------- X

1:18-cv-5077-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      As discussed on the record during the telephone conference on February 10, 2020, the Court understands that the parties may wish for the Court to withdraw the motions pending at Dkt Nos. 64 and 70. If that is not the case, the parties are directed to inform the Court by joint letter no later than March 2, 2020.

      The Court will hold a telephone conference in this case on April 1, 2020 at 3 p.m. The

parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

SO ORDERED.

Dated: February 26, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge