USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/28/2020

# MEMORANDUM ENDORSED

David S. Frydman                                                    email:
Ext. 141                                                    dfrydman@frydmanllc.com

April 28, 2020

BY ECF
Hon. Gregory H. Woods
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     Cityside Archives, Ltd. v. Estate of Weiss; Case No. 18-cv-05077 (GHW)(HBP)

Dear Judge Woods:

We represent third-party plaintiff Estate of Weiss and request an adjournment of the pre-motion conference scheduled by the Court for April 30, 2020 at 3 p.m. (Dkt. No. 130) because counsel for the Estate has a discovery conference at that same date and time in *ERA Capital LP v. Soleil Chartered Bank, et al.*, Index No.: 651984/2019 (Sup. Ct. N.Y. Co.).  The conference in the state court action was scheduled on April 27 after that court polled counsel for their availability.  This is the first request for an adjournment of this conference, and third-party defendants consent to this request.

Thank you for your attention to this matter.

Respectfully,

s/ *David S. Frydman*

David S. Frydman

cc:     All Counsel (by ECF)

Application granted.  The conference scheduled for April 30, 2020 is adjourned to May 1, 2020 at 2 p.m.  The parties are directed to consult the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for dial-in and other information.

SO ORDERED.

Dated: April 28, 2020

_____
GREGORY H. WOODS
United States District Judge